ACCEPTED
14-14-00387-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/8/2015 3:50:37 PM
CHRISTOPHER PRINE
CLERK

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/8/2015 3:50:37 PM
CHRISTOPHER A. PRINE
Clerk

April 8, 2015

Honorable Christopher A. Prine
Fourteenth Court of Appeals
301 Fannin, Suite 245
Houston, Texas 77002

Re: Dylan Jezreel Garcia v. State
Cause No. 14-14-00387-CR

Dear Mr. Prine,

In response to the Court's letter dated February 23, 2015, concerning oral argument in this case, please note the undersigned will be presenting oral argument. Please excuse the oversight of not sending this earlier. Thank you for your attention.

If you any questions, please call me.

Very truly yours,

/s/ Crespin Michael Linton

Crespin Michael Linton